AUG 17 2016

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

2:16Mj339

AFFIDAVIT IN SUPPORT OF APPLICATION
FOR ISSUANCE OF A CRIMINAL COMPLAINT

I, Paul G. Wolpert, being first duly sworn state:

1. I am a Special Agent of the Department of Homeland Security, Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), currently assigned to the Office of the Assistant Special Agent in Charge (ASAC), Norfolk, Virginia. I have been so employed since April 2002. As part of my daily duties as an HSI agent, I investigate criminal violations relating to child exploitation and child pornography[1] including violations pertaining to the illegal production, distribution, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252 and 2252A, as well as coercion and enticement, in violation of 18 U.S.C. § 2422. I have received training in the area of child pornography and child exploitation, and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256(8)) in all forms of media including computer media.

2. Your affiant has assisted in the investigation of the offenses described in this affidavit. As a result of your affiant's participation in this investigation and a review of reports made by other law enforcement officers, your affiant is familiar with the circumstances of this on-going investigation. I have not included each and every fact known to me in this affidavit, but only the facts I believe are necessary to establish probable cause to believe John Francis ARAGON has engaged in the crime of coercion and enticement of a minor, in violation of 18 U.S.C. § 2422(b).

**LEGAL AUTHORITY**

3. 18 U.S.C. § 2422(b) provides that any person who, using the mail or any facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States knowingly persuades, induces, entices, or coerces any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so, shall be punished.

4. Virginia Code § 18.2-63(A) punishes a person if the person carnally knows, without the use of force, a child thirteen years of age or older but under fifteen years of age. "Carnal knowledge" includes the acts of sexual intercourse, cunnilingus, fellatio, anilingus, anal intercourse, and animate and inanimate object sexual penetration.

---

[1] "Child Pornography means any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where – (A) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; . . . [or] (C) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct." For conduct occurring after April 30, 2003, the definition also includes "(B) such visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaging in sexually explicit conduct." 18 U.S.C. § 2256(8).

## PROBABLE CAUSE TO ARREST JOHN FRANCIS ARAGON

5.  In May 2016, a Detective from the Virginia Beach Police Department initiated contact in an undercover capacity with someone who posted an ad on Craigslist expressing their desire to engage in sexual acts with a young girl. Included in the ad were instructions to send a text response to a provided telephone number. The posted ad in "Casual Encounters" read:

> SEEKING: EBONY BABI – m4w (vb)
> Im an older Spanish freak man in need of fetish sex with young girl, I like pee and lick booty hole/ arrangement for s*e*x txt pics/details 757*718*zerofivesixthree

6.  The Detective sent a response email to the poster of the ad. Then, the Detective and the poster of the ad communicated via Craigslist email forwards and then through text messaging. In the initial communications, the undercover Detective informed the unknown individual that "she" was fourteen years old, and during further text communications repeatedly informed the unknown individual she was fourteen years old. The unknown individual, later identified as John Francis ARAGON, responded that he was ok with her age. The initial U/C contact and subsequent postings are:

> U/C – Hi I seen your ad. What age are you looking for?
> ARAGON – Open to any age
> U/C – im 14 lol dunno if thats a prob ;)
> ARAGON – Send pics and what you do for fun
> U/C – sry, mom is being a b!!@%, she just left 4 wrk. I dont really know u I dont wanna send u pix lol
> ARAGON – Ok, wyd
> U/C – skipped school "sick" lolz wbu
> ARAGON – chillin at work
> ARAGON – Tell me about yourself
> U/C – im [U/C] ;) im 14 and i basically just hang out with my friends and go to the mall lol my grades r 2 bad to play sports at school wbu
> ARAGON – Older Spanish man . I build houses and like the beach and shopping with pretty girl lol
>
> ARAGON – What r u looking for ? Do you enjoy older men ?
> U/C – ummm lol well i wuldnt mind an older guy. im new to all ths buttttt am open to sugestions wbu
>
> ARAGON – Txt me plz

7.  The communications continued between May 18, 2016 to August 16, 2016 via text messaging to ARAGON's listed phone number of 757-718-0563. The subject of the text communications eventually was directed by ARAGON towards him meeting the fourteen year old girl and engaging in sexual acts with her. Examples of these communications are:

2

| | |
|---|---|
| ARAGON | Do u have bf ? |
| U/C | no way lol jus brke up w him a few wks ago n i am dun |
| ARAGON | How old was he ? U looking for friend ?? |
| U/C | he wuz14 n a jerk. wut u mean by friend? |
| ARAGON | Can we be friends or more ? Do u like older boys? |
| U/C | lol yaa 4 sre. i thnk oldr guyz wil treat me bttr :) |
| ARAGON | How old do u like ? What's oldest bf you've had ? |
| U/C | lol wel ive nevr had an oldr guy than my last bf. i duno how old i lik 4 real |
| ARAGON | Oh ok. Well I can treat u good . im older too |
| U/C | i thnk i need tht lol ;) im sooo ovr thse boyz |
| U/C | do u hve a gf? |
| ARAGON | Not a young one lop |
| U/C | o rly!? ;) |
| ARAGON | Lol |
| U/C | i jus wana knw how 2be trted rite |
| ARAGON | I can treat u right I promise |
| U/C | how cn u say dat n make me blve u? lol all guyz say dat |

| | |
|---|---|
| ARAGON | What makes you feel pretty ?  I like making my girl happy |
| U/C | aw ur so sweet ;) i luv jus drssng up n putng on glitter lipstck lol |
| U/C | wut is ur name newayz lol u nvr said |
| ARAGON | Jay |

| | |
|---|---|
| ARAGON | Do u have friends that have older bf's or daddy's lol ? |
| U/C | lol well one frien has a bf in HS |
| U/C | wuts a daddy ? lol |
| ARAGON | An older man who takes care of a younger women . |
| U/C | ohhhhhhhh. lik wht do thy do? i feel so dumb ;( sry |
| ARAGON | Im older guy |
| U/C | i kno. i wuz wndring wht thy do. it souns kool |
| ARAGON | Take care of what his girl needs . Is it a problem im an older guy ? |
| U/C | no way:) is it a prb tht im 14? |
| ARAGON | No its fine |
| U/C | aw yay ;) ive alwys wondrd wht an oldr man wuld be lik |
| ARAGON | We are kind , gentile and sweet lol |
| U/C | hmmm lol hve u had a gurl my age b4? |
| U/C | in exctd lol |
| ARAGON | Not that young . 16 is youngest lol |
| U/C | wow n she wuz fun to hng out w/? |
| ARAGON | Sure and play with lol |
| U/C | wut did u do ;) |

3

| | |
|---|---|
| ARAGON | Movies and made out and went too dinner . Fun stuff |

| | |
|---|---|
| ARAGON | Do u want too make out and cuddle ? What do u want too try ? |
| U/C | um lol whtever realy. wht do u wana do w/ me :) |
| ARAGON | Kiss, cuddle, touch |
| U/C | oh i did tht w/ my ex |
| ARAGON | Ok, its fun . |
| U/C | ya i gues so |
| ARAGON | What do you want me to do with you ? I don't want to pressure you |
| U/C | i mean im open to thngs |
| ARAGON | Ok ... We can experiment and I'll make you feel good |
| U/C | wut thngs is experment mean? lol thas a science term! |
| ARAGON | Try new things and see if you like it lol |
| U/C | lik wut lol |
| ARAGON | What do u want too try ? |
| U/C | i duno ive only kissd n stuff! wut is thr |
| ARAGON | Touch and stuff. Are you curious about sex ? |
| U/C | mmmm wel ya :) |
| ARAGON | Ok good |
| U/C | i need 2 be taugt tho...its nervus 4 me |
| ARAGON | I'll be gentile and not pressure you. You will have fun |

| | |
|---|---|
| ARAGON | Ya , rain blah . does your mom let you go places by yourself? |
| U/C | not usally |
| ARAGON | How can we meet and hang out ? R u allowed too date ? |
| U/C | welli wna kno wht u wna do 1st lol ur stil a strngr 2 me |
| ARAGON | What do u want too know so we can get to know each other better ? Do u like me so far ? |
| U/C | i realy do! i wana knw wht we wuld do 2gethr |
| ARAGON | Hang out , hold hands, watch movie or cuddle on the beach . Whatever your comfortable |
| U/C | oh ok. is tht it? lol pepl would luk at us wierd i thnk |
| ARAGON | We can do more if you want . Me can do where no one can see us |
| U/C | lik wht else :) |
| ARAGON | Whatever you want and comfortable with lol |
| U/C | mmmm lol i duno wht tht means.... |
| ARAGON | I don't want you too feel pressured or uncomfortable when we are together |
| U/C | oh i wuldnt. i am dwn 4 n e thng...i jus wnt 2 knw wht u hve n mind lol it wil get me exctd |
| U/C | i feel prty comfy w u alrdy :) |
| ARAGON | We can cuddle and I can kiss your nipples |
| U/C | omg tht sounds so guuuud :) |
| ARAGON | Good lol yummy |
| U/C | nobdy has evr don tht 2 me b4 :) |

4

| | |
|---|---|
| ARAGON | I want to babi |

| | |
|---|---|
| ARAGON | Do ur panties get wet when your exited? |
| U/C | umm maaaybbeeee :) |

| | |
|---|---|
| ARAGON | Oh ok. Has a boy touched your kitty before? |
| U/C | u wurk alot lol |
| U/C | lol wut a kitty?? |
| ARAGON | Your private area . What do u call it ? |
| U/C | wel i kno what its called. didnt hve n e nicknmes lol |
| U/C | nevr herd kitty lol but is cute |
| ARAGON | Call I call it " kitty " |

| | |
|---|---|
| ARAGON | What color panties and bra are you wearing lol. Does your mom know your txting me ? |
| U/C | noooo she dosnt lol and im wearinnnnn blck boy shorts n a mtching bra...a littl lacing :) |
| U/C | whts ur fav color :) |
| ARAGON | Pink and purple. How do u hide my txts ? |

| | |
|---|---|
| U/C | u tell me a secret!! |
| ARAGON | Oh...ok.. I want too kiss your nipples and kitty ... I like you too lol. Secrets lol |
| U/C | mmmmm!!! ne more secrts? lol |
| ARAGON | Ummmmm. Lol |
| ARAGON | Do u want me too kiss your kitty ? |

| | |
|---|---|
| ARAGON | Has anyone touched your nipples pr kitty ? |
| U/C | no :/ but i hve kissd b4 n its fun |
| ARAGON | Oh ok.... Are curious about being kissed in other places ? |
| U/C | wut do u wana do? lol |
| ARAGON | Kiss your kitty and lick it |

| | |
|---|---|
| ARAGON | Is it ok if I ask personal sex stuff ? |
| U/C | sure lol! |
| ARAGON | Have u touched yourself or had an orgasm ? |
| U/C | mmm no :/ lol |
| ARAGON | Well.... I want too give u an orgasm |
| U/C | oh ya!? how? :) |
| ARAGON | Lick your kitty and rub your clit |

| | |
|---|---|
| ARAGON | I want too make out with you and suck your nipples |

| | |
|---|---|
| U/C | awww :) |
| ARAGON | Yummy |
| ARAGON | Are your nipples or kitty sensitive? |
| U/C | yes! |
| ARAGON | Good. I want too suck and lick them both yummy |

| | |
|---|---|
| ARAGON | Can I have something lol |
| U/C | hm wut!!? :) |
| ARAGON | Can I have a pair of your worn panties please lol |

| | |
|---|---|
| ARAGON | Oh. Did u tell her about me ? |
| U/C | oh nooooo lol jus u n me |
| ARAGON | Ok. I want you babi |
| U/C | aww! |
| ARAGON | I need a kiss |
| U/C | oh yaaa :) |
| ARAGON | Can I kiss your kitty and nipples babi ? |

| | |
|---|---|
| ARAGON | Tell me what you want us too do together? |
| U/C | um i duno :) u tel me! |
| ARAGON | I want too lick your kitty babi |
| U/C | is tht ur fav thng 2 do |
| ARAGON | No but one of my favorite lol. I want too make you happy |
| U/C | wuts ur fav thng then |
| ARAGON | Sucking nice nipples |

| | |
|---|---|
| ARAGON | What color bra and panties are you wearing? Lol |
| U/C | um i hve th pink ones on again lol |
| ARAGON | Yummy babi. I want you |

| | |
|---|---|
| ARAGON | Can I ask u a personal sexual question lol? |
| U/C | lol sure |
| ARAGON | Do u touch yourself when your horny in bed lol? |

| | |
|---|---|
| ARAGON | Is it ok I like you and want you ? Do you think it ok ? |
| U/C | i think its ok as lng as u do!! i thought u were gunna thnk i was 2 young |
| ARAGON | No , I like young girls. Are you attracted too older men ? |

6

| | |
|---|---|
| U/C | ya! |
| ARAGON | Good lol |
| U/C | how old did u say ur kids wer? i hope thy dont thnk im wierd |
| ARAGON | 5,7. lots of girls like older men its normal |

| | |
|---|---|
| ARAGON | Do u want to try sex ? |
| U/C | umm maybe |
| ARAGON | What do u want me and you to do together? |
| U/C | um i dunnnooooooo wht do u wnt 2 do? lol |
| ARAGON | Make out and lick your nipples and kitty till you orgasm |

| | |
|---|---|
| ARAGON | Have you worn a dress and no panties before ? |
| U/C | um no lol thts gross |
| ARAGON | Oh ok sorry I asked lol |
| U/C | lol its ok. i jut dont wnt my butt showing! |
| ARAGON | I bet u have a cute butt lol |
| ARAGON | I want too squeeze your butt while making out lol |

| | |
|---|---|
| ARAGON | Can I kiss your kitty ? |
| U/C | not right now lol |
| ARAGON | Do u want me too ? |
| U/C | um mayb....if ur nice :) |
| ARAGON | Im very nice and would make your kitty very happy lol. I bet she is beautiful lol |
| U/C | lol u thnk so? |
| ARAGON | I bet she is. Can I ask personal question about your kitty ? |
| U/C | ummm sure lol |
| ARAGON | Do u shave her or does she have hair ? Sorry if its uncomfortable for you don't answer lol |
| U/C | um not much hair yet lol...is tht bad? |
| ARAGON | No, she naturally has a little bit of hair ? Im curious sorry. |
| U/C | o ok good |
| ARAGON | I like a little bit of hair when I kiss and like your kitty . Yummy |
| U/C | :) |
| ARAGON | Is it ok that I tell you what I want too do with you and sexual things ? |

| | |
|---|---|
| ARAGON | Do your nipples get hard when your excited ? |
| U/C | um ya sumtimes |
| ARAGON | Yummy . I want too kiss them babi |

| | |
|---|---|
| ARAGON | Do u think we can meet when your out of school? |

7

| | |
|---|---|
| U/C | um ya i thnk so!! tht would be kool |
| ARAGON | Ya im excited too meet you babi |

| | |
|---|---|
| ARAGON | I'd like too kiss and maybe more |
| U/C | wut is more? lol |
| ARAGON | I'd like too touch your breasts and grab your booty |
| U/C | ohhh...tht sounds fun lol |
| ARAGON | Ya , I want too make u feel good |
| ARAGON | We can make out and I can touch your body |
| U/C | Yaa |
| ARAGON | Are you excited about me touching you and making you have an orgasm ? |
| U/C | ya im exctd 2 meet u |
| ARAGON | Are you ok that im older ? |
| U/C | ya as long as u r ok tht im 14 lol |
| ARAGON | Ya , that's sexy and I want too teach you things about sex |

| | |
|---|---|
| ARAGON | What r u wearing? Color panties and bra ? |
| U/C | pink, thyre matching |
| ARAGON | Yummy . Does it bother you that I talk about sexual things ? |
| U/C | no!! its ok :) |
| ARAGON | Ok... I really want you and want too make you cum |
| U/C | how can u do tht? lol sry, its new 2 me |
| ARAGON | Lick and rub your kitty and you will cum in my mouth. Yummy |
| U/C | realy? does it feel tht goood? :) |
| ARAGON | Ya , you will moan and love it |

| | |
|---|---|
| U/C | Hi |
| ARAGON | Hi |
| U/C | What r u doing |
| | Working, I took yesterday off to go see you and hang out. |
| ARAGON | You told me you were at your aunts |
| U/C | WHAT! I should have told me. I went to ocean breeze |
| ARAGON | I could have met you there |
| ARAGON | You said we were meeting yesterday and going to park |

| | |
|---|---|
| U/C | next week I can meet tues or wed |
| U/C | mon Im goin with friend 2 outlet malls |
| ARAGON | Do u need money? |
| U/C | Heck ya! im gettin sum from my mom tho |
| U/C | Wuld u really giv me sum? |
| ARAGON | I can give u money ..... Sure |

8

| | |
|---|---|
| U/C | Wow u r 2 nice |
| U/C | we haven't even met yet |
| U/C | Ur not tryin to buy me r u? :) |
| ARAGON | Ya. I want some of your panties lol |

| | |
|---|---|
| ARAGON | Ya, I want to take care of you |
| ARAGON | How much u need |
| U/C | how wuld u take care of me? and 1 million |
| ARAGON | Help u with what u need |
| U/C | i guess i need $ then |
| ARAGON | How much? I need your panties lol |

AUGUST 15, 2016

| | |
|---|---|
| ARAGON | Ok, we can meet tomorrow. Can u wear booty shorts or sun dress? |
| U/C | ive got both what do u like more? |
| ARAGON | Would u feel comfortable in a sundress and me touching you? |
| ARAGON | We can have a safe word. Ill stop when you tell me too |
| U/C | touching me over the dress or under? |
| U/C | a safe word? |
| U/C | like help im being attacked? lol |
| ARAGON | No… like pink or something. Yes, under your dress if comfortable |
| ARAGON | A nice word we agree on so I'll stop what I'm doing. I want you to be comfortable |
| ARAGON | I want to kiss you and touch you if you want me too |
| U/C | ok, because i trust youll go slow |
| U/C | r u going to want to touch my kitty lol |
| ARAGON | Yes, I'll go slow. I want too touch your breasts and kitty if you want. I want too lol |
| U/C | ok im a little nervous but since youve done it before i trust u kno what ur doing |
| ARAGON | Yes, I'm experienced with young girls. Ill be slow. Do u like too kiss? |
| U/C | i think so i liked it with my x bf |
| ARAGON | Ok, we can start with just regular kissing… then tongue kissing |
| U/C | ok and youll touch me at same time? |
| ARAGON | Yes, if ok with you. Its nicer when we kiss and I touch you. You'll feel amazing and enjoy it. I promise |
| U/C | hehe ok |
| ARAGON | Have u ever seen a mans private parts before? Just curious. I'm not pressuring you with anything |
| U/C | lol no! |

9

8. During the relevant time period, your affiant took over the U/C detective's role in the conversations. Subsequent text messaging between ARAGON and myself acting in the U/C capacity followed the same pattern of sexual interactions. At one point, ARAGON wanted to meet me to engage in the illicit sexual acts. Additional text messaging included ARAGON requesting from the girl for her to leave a pair of her worn underwear in a discreet location in a park near where he believed her to reside. In exchange, ARAGON informed her he would leave a present of money in the same location for her to pick up. ARAGON has repeatedly stated he wanted to take care of her. On three separate occasions ARAGON has left money in the park, including on August 16, 2016, under a rock that he brought to the park in an attempt to hide the exchanges. On two occasions, ARAGON has retrieved two pairs of girls' underwear from the same location.

9. The subject used the cellphone number 757-718-0563 to conduct the chat communications. A check with an online database revealed the phone number belonged to T-Mobile. On or about June 1, 2016, the VB Detective issued a court order to T-Mobile for subscriber information.

10. On or about June 6, 2016, T-Mobile responded and provided the account subscriber as Francis L. ARAGON of Pueblo, CO. Further records checks indicated John Frances ARAGON being associated with that address and Francis ARAGON being a relative.

11. A check was also conducted in a law enforcement database for any prior information for the phone number. Previous records associated with the phone number indicated the number belonged to John Francis ARAGON of Virginia Beach, VA, for previous contact with Law Enforcement. A check with the Virginia DMV revealed ARAGON had changed his residence to another residence in Virginia Beach, VA. ARAGON also sent pictures to the U/C text account that matched pictures of John Francis ARAGON.

12. On August 16, 2016, after previous text messaging, ARAGON attempted to meet with the 14 year old girl at a pre-determined location to engage in illicit sexual activity. Upon arriving at the location, ARAGON was approached by the investigators and detained. After being advised of his *Miranda* rights, ARAGON was interviewed and provided, in part, the following information; ARAGON initially stated he had come to the location to "run" and denied any other reason. Your affiant informed ARAGON that he had other information that countered his explanation. Eventually, ARAGON began to cooperate and stated he had come to the location to see who would show up referring to someone that he had been communicating with through text messages. ARAGON acknowledged he had been communicating with someone that he initially began contact with through Craigslist and had believed they were at least eighteen years old because he thought that was a requirement for Craigslist. Your affiant informed ARAGON he had seen the text messages where ARAGON was informed numerous times the person he was communicating with was underage. ARAGON tried to explain the concept of "cat fishing" and his belief the person may not have been as they portrayed. ARAGON was hesitant to go into further details regarding his text communications. Also during the interview, ARAGON granted consent to the agents to review the contents of his cell

phone, which included the exchanges with your affiant, as well as other text communications with additional individuals in which the contents were related to the molestation of underage boys. ARAGON stated the exchanges were just fantasy and he had never physically interacted with anyone underage. ARAGON stated this was the first time he had ever tried to meet anyone and nothing would have happened and pointed out he did not have any objects to facilitate that type of activity such as condoms, lotions etc. to support the claim. ARAGON was informed a condom had been discovered in his vehicle in which ARAGON stated he really had no idea how it had gotten in the vehicle. The condom appeared to be old and was located in the door with other mail and trash items. ARAGON gave agents consent to go to his house and retrieve the pairs of underwear and his laptop computer since he primarily used it to access his email account

13. Based on the information and evidence set forth above, your affiant respectfully submits that there is probable cause to believe that John Francis ARAGON has committed the following offense: from on or about May 16, 2016, to August 16, 2016, in Virginia Beach, in the Eastern District of Virginia, and elsewhere, John Francis ARAGON, using a facility or means of interstate or foreign commerce, knowingly persuaded, induced, enticed, and coerced an individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, namely a violation of Virginia Code 18.2-63(A), or attempted to do so, in violation of Title 18, United States Code, Section 2422(b).

14. Accordingly, I request that a criminal complaint be issued.

Paul G. Wolpert
Special Agent
Department of Homeland Security
Homeland Security Investigations
Norfolk, VA

Sworn to before me this 17th day of August, 2016.

United States Magistrate Judge
Eastern District of Virginia

11